FILED
JAN 1 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| James B. Phifer, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 08 0046 |
| Secretary, United States Department of Housing and Urban Development, | ) ) ) ) |
| Defendant. | ) ) |

### TRANSFER ORDER

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. Plaintiff, a resident of Sacramento, California, sues under the Americans With Disabilities Act ("ADA"), 42 U.S.C. §§ 12101 *et seq.*, and the Fair Housing Act ("FHA"), 42 U.S.C. §§ 3610 *et seq*. Because the alleged events occurred in Sacramento, California, this judicial district is the wrong venue for litigating plaintiff's claims. S*ee* 42 U.S.C. § 12117(a) (incorporating Title VII's enforcement procedures set forth at 42 U.S.C. § 2000e- 5(f)(3)) (designating the proper venue for ADA claims under the circumstances presented as the judicial district in the state where the alleged wrongdoing was committed or where the relevant records are maintained and administered); 42 U.S.C. § 3610(i)(2) (designating the proper venue for FHA claims as "the judicial circuit in which the discriminatory housing practice is alleged to have occurred"); 42 U.S.C. § 3613 (authorizing a private party FHA action to be filed "in an appropriate United States district court or State court"). The Court

finds it in the interests of justice and judicial economy to transfer the case. Accordingly, it is this 2nd day of January 2008,

ORDERED that pursuant to 28 U.S.C. § 1406(a), this case is TRANSFERRED to the United States District Court for the Eastern District of California. Whether plaintiff should be permitted to proceed further without prepayment of fees is a determination to be made by the transferee court.

_____
United States District Judge