1  James B. Phifer

2  1017 L Street PMB #124

3  Sacramento, California 95814

4  Ph-916-402-9323

5  Email-jbp2244@yahoo.com

**FILED**

JAN 2 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| James B. Phifer | ) Civil Action No. 08 0046 UNA |
| Plaintiff, | ) |
| vs. | ) |
| Secretary, United States Department Of Housing and Urban Development, | ) |
| Defendant. | ) |

**Motion with Objections to Case Transfer**

Pursuant to the Federal and local rules, federal rule 12 (a), (b) (3) Plaintiff is filing objections to the court's Transfer Order filed on January 10, 2008. Plaintiff objects for the following reasons;

1. Changing venue to the United States District Court for the Eastern District California is not proper because the most substantial part of events or omissions giving rise to the claim occurred in the District of Columbia. As set out in Plaintiff's complaint, the Secretary,

RECEIVED

JAN 2 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1. Department of Housing and Urban Development and the agency itself had full jurisdiction of the subject matter from the time Plaintiff's complaint was filed in San Francisco. They also had responsibility for enforcement of HUD regulations. To change venue based solely on the actions of employees when the head of HUD with responsibility is based in the District of Columbia would not be proper. Title 28 U.S.C. subsection 1391 (b) (2), (e) (1).

2. The most important objection. Change of venue is not proper because it would deny the Plaintiff due process, justice and circumvent the legal system. Plaintiff will not receive Due Process or Justice if his case is transferred to California. If Plaintiff was going to receive due process from the state of California, he would not be litigating in this court. Title 28 U.S.C. Subsection 1404 (a).

3. Plaintiff is litigating Pro se. Like of legal counsel is impinging on Plaintiff's due process rights. If Plaintiff's case is transferred. He will have no access to legal counsel in two cases.

Plaintiff prays that his request be granted. That Venue stays within the District of Columbia

Respectfully Submitted,

January 24, 2008

James B. Phifer

*/s/ James B. Phifer*