UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JAN 2 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Andre Lamar Woody, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 08-0048 |
| | ) |
| United States of America *et al.*, | ) |
| | ) |
| Defendants. | ) |

ORDER

Plaintiff seeks reconsideration of the Order filed January 11, 2008, transferring this case to the Eastern District of North Carolina. A motion for reconsideration need not be granted "unless the district court finds that there is an intervening change in controlling law, the availability of new evidence or the need to correct a clear error or prevent manifest injustice." *Firestone v. Firestone*, 76 F.3d 1205, 1208 (D.C. Cir. 1996) (citations and quotation marks omitted). The motion presents no grounds for relief under Fed. R. Civ. P. 59. Accordingly, it is this 29th day of January 2008,

ORDERED that plaintiff's motion for reconsideration [Dkt. No. 4] is DENIED.

_____
United States District Judge